IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY ELLEN KING, et al.  *

    Plaintiffs  *   CIVIL ACTION

                      *   NO.: WMN 97-1853

  v.

DAVID B. MITCHELL
SUPERINTENDENT
MARYLAND STATE POLICE, et al.   *   \_\_\_\_FILED \_\_\_\_ENTERED
                      *   \_\_\_\_LODGED \_\_\_\_RECEIVED

    Defendants *   NOV 5 1999

                      *   CLERK U.S. DISTRICT COURT
                          DISTRICT OF MARYLAND
*   *   *   *   *************   BY _____ DEPUTY

## ORDER

Having considered the Motion to Withdraw Appearance filed by the Plaintiffs' attorneys, David F. Albright, Jr., Matthew E. Bennett, and the firm of Horn & Bennett, P.A., and any response thereto, it is this 5th day of November, 1999, by the United States District Court for the District of Maryland, HEREBY:

**ORDERED**, that the Motion to Withdraw Appearance is hereby GRANTED; and it is further

**ORDERED**, that the clerk strike the appearance of David F. Albright, Jr., Matthew E. Bennett, and the firm of Horn & Bennett, P.A. as counsel for Plaintiffs in the above-entitled action.

                                  /s/ _____
                                  Judge, United States District
                                  Court for the District of
                                  Maryland