# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

ENTERED
RECEIVED

July 14, 2000

Memo to Counsel Re: King v. Mitchell
                    Civil No. JFM-97-1853

BY

DEPUTY

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| October 6, 2000 | Deadline for submitting status report re settlement |
| October 24, 2000 | Deadline for submitting pretrial order, proposed voir dire questions, proposed jury instructions, and motions in limine |
| October 26, 2000 4:30 p.m. | Pretrial conference |
| November 6, 2000 | Trial (jury; 3 days) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File