ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARY ELLEN KING, et ano.** | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. JFM-97-1853 |
| **DAVID B. MITCHELL, et al.** | : | |
| Defendants. | : | |

...oOo...

### JOINT MOTION FOR CONTINUANCE OF TRIAL

Plaintiffs Mary Ellen King and Terry Paterniti and remaining defendants Brian Mourad and Marc Chaney, by and through undersigned counsel, move this Court for a continuance of the trial of this case for the reasons set forth below:

1.  Counsel have begun discussing the settlement of this case and believe that such discussions may prove fruitful. Because this case currently contains only Biven's claims, settlement is more procedurally complex than usual, and may require a stay of the case so that an administrative settlement can be implemented prior to a voluntary dismissal. Given the trial date of July 24, 2000, the parties believe focusing their time on settlement rather than trial preparation is in their best interests, as well as the interests of judicial economy.

2. In addition, defendant Brian Mourad has suffered a serious injury to one of his legs, resulting in medical restrictions of his activities. His doctors have advised against travel except as necessary to receive physical therapy, and he is not expected to be physically able to attend trial for several days.

3. Finally, plaintiffs' current counsel have recently resumed primary control for this case after co-counsel were granted leave to withdraw. One of the attorneys assuming responsibility for this case has a previously scheduled vacation which conflicts with the trial of this matter.

4. Counsel have consulted with their clients regarding this motion and have agreed to seek it jointly. No party seeks this continuance for purposes of delay or strategic advantage.

5. Because the parties desire to concentrate their efforts on settling this matter at this time, they respectfully request that the deadlines for pretrial materials be adjourned and rescheduled in accordance with the Federal Rules of Civil Procedure and Local Rule 106 if this matter must be reset for trial in the future.

WHEREFORE, the parties jointly request that this Court continue this hearing for a period of no less than 90 days so that the parties can complete settlement discussions and

defendant Brian Mourad can recover sufficiently to attend the trial if settlement is not reached, and for such other and further relief as this Court deems just and proper.

Dated: June 30, 2000				Respectfully submitted,

						Lynne A. Battaglia
						United States Attorney

						*/s/ Tamera L. Fine*
						Tamera L. Fine
						Assistant United States Attorney
						Federal Bar No. 024751
						6625 United States Courthouse
						101 West Lombard Street
						Baltimore, Maryland 21201-2692
						(410) 209-4806

						*/s/ William H. Murphy, Jr.*
						William H. Murphy, Jr.
						1007 North Calvert Street
						Baltimore, MD  21202
						(410) 539-6500

						Counsel for Plaintiffs

3