IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARY ELLEN KING, et ano.          :

    Plaintiffs,                :

v.                                 :   CIVIL NO. JFM-97-1853

DAVID B. MITCHELL, et al.         :

    Defendants.                :

...oOo...

## STIPULATION OF DISMISSAL

Plaintiffs Marry Ellen King and Terry Paterniti, and defendants Mark S. Chaney and Brian Mourad, by and through undersigned counsel, hereby notify this Court that the above-captioned case has been settled and stipulate to the dismissal of this case with prejudice.

Dated:

William H. Murphy, Jr.
James E. McCollum, Jr.
William H. Murphy, Jr. & Associates, P.A.
1007 North Calvert Street
Baltimore, Maryland 21202

Counsel for Plaintiffs

Dated: 3/19/01

Stephen M. Schenning
United States Attorney

Perry F. Sekus
Tamera L. Fine
Assistant U.S. Attorneys
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Attorneys for United States and
Mark S. Chaney and Brian Mourad